

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 28, 2022

**By E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**    *United States v. Anton Morrishow*, **22 Mag. 8281**

Dear Judge Davison:

        In light of the arrest of the defendant this morning in the above-referenced case, the Government respectfully requests that the complaint be unsealed.

So ordered 10/28/22

                                                                        Respectfully submitted,

                                                                        DAMIAN WILLIAMS
                                                                        United States Attorney

                                                            By: _____
                                                                        Timothy Ly
                                                                        Assistant United States Attorney
                                                                        (914) 993-1910